FILED: September 25, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1322
(A079-092-024)
_____

TIGER CELA

    Petitioner

v.

MERRICK B. GARLAND, Attorney General

    Respondent

------------------------------

AMERICAN IMMIGRATION LAWYERS ASSOCIATION

Amicus Supporting Rehearing Petition

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

    For the Court

    <u>/s/ Nwamaka Anowi, Clerk</u>